UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:04-CR-163-T-27TGW

DELORES GIBBS

_____/

## ORDER REINSTATING SUPERVISED RELEASE

THIS CAUSE is before the Court on this 4th day of January, 2007, on a Petition to Revoke Supervised Release. The Defendant, DELORES GIBBS, appeared with Counsel, Alec Hall, AFPD; and Amanda Kaiser, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The defendant, **DELORES GIBBS**, is hereby **REINSTATED** on Supervised Release under the same terms and conditions as previously ordered.

2. The defendant shall participate in vocational training programs as directed.

3. The defendant shall make restitution payments at the rate of $100.00 per month. The Court reserves jurisdiction to revisit the monthly payment amount.

4. The defendant shall pay $100 special assessment if it has not already been paid.

DONE AND ORDERED at Tampa, Florida this 4th day of January, 2007.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation